## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SHIVAM ENTERPRISES USA; and SHIVAM ENTERPRISES;** | |
| **Plaintiffs,** | **8:25CV122** |
| vs. | **ORDER TO SHOW CAUSE** |
| **SUNDERLANDS (Now Apollo Surfaces) A Samsara Surfaces Entity, Omaha-Nebraska; and SUNDERLANDS (Now Apollo Surfaces) A Samsara Surfaces Entity, Urbandale-Des Moines;** | |
| **Defendants.** | |

On February 21, 2025, Kamal Khandelwal filed a complaint on behalf of two corporations: "Shivam Enterprises USA" and "Shivam Enterprises." (Filing No. 1). Khandelwal provided documentation he holds the "Power of Attorney" for Shivam Enterprise, (Filing No. 1 at p. 7); however, it does not appear that Khandelwal is a licensed attorney authorized to practice law in this federal court. "[A] corporation may appear in the federal courts only through licensed counsel." *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993). Pro se parties may not represent the interests of other parties in federal court. See *Knight v. Phillips*, No. 8:21CV408, 2022 WL 542564, at *2 (D. Neb. Feb. 23, 2022) (citing *Miller By A.M. v. Dorsey*, No. 4:18CV3031, 2018 WL 4854180, at *3 (D. Neb. Oct. 5, 2018) (citing cases). The complaint only identifies two corporations as plaintiffs; as such, this case cannot proceed unless and until licensed counsel enters an appearance on behalf of the plaintiffs. Accordingly,

**IT IS ORDERED**:

1. Because Kamal Khandelwal is not a licensed attorney and cannot litigate the interests of the corporate plaintiffs in this forum without representation by licensed counsel, on or before **May 6, 2025,** the plaintiffs shall obtain the services of licensed counsel and have that attorney file an appearance on the plaintiffs' behalf. If licensed counsel does not enter an appearance by that date, the Court may dismiss this action without further notice.

2

2. The Clerk of Court is directed not to issue summons requested by a non-party and non-attorney, Kamal Khandelwal, on behalf of the corporate plaintiffs pending further order of the Court.

Dated this 8th day of April, 2025.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge