## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

SHIVAM ENTERPRISES USA, and
SHIVAM ENTERPRISES;

      **Plaintiffs/Counter-Defendants,**

    **vs.**

SAMSARA SURFACES, LLC;

      **Defendant/Counter-Claimant.**

**8:25CV122**

**ORDER**

This matter is before the Court on the Motion to Withdraw (Filing No. 46) filed by Michael W. Milone and the law firm of Koukol Johnson Schmit & Milone, LLC, counsel for Defendant/Counter-Claimant, Samara Surfaces, LLC.  Counsel requests withdrawal under the terms of Samsara's engagement agreement with counsel because there has been a breakdown in communication, and (b) under Neb. Ct. R. Prof. Cond. §§ 3-501.16(b)(1), (5), (6) and (7).  Counsel has served his client with a copy of the motion.  After review,

**IT IS ORDERED:**

1. The Motion to Withdraw (Filing No. 46) is granted.  Michael W. Milone and the law firm of Koukol Johnson Schmit & Milone, LLC, shall be permitted to withdraw from their representation of Samara Surfaces, LLC.

2. Mr. Milone shall immediately serve copies of this Order on Samara Surfaces, LLC, and thereafter file proof of service showing compliance with this Order, listing the names and addresses of the persons to whom notice was sent.  Mr. Milone will not be relieved of applicable duties to the Court, his client, and opposing counsel until such proof of service is filed.

3. Because Samara Surfaces, LLC, cannot litigate in this forum without representation by licensed counsel, *Knoefler v. United Bank of Bismarck*, 20 F.3d 347, 347-48 (8th Cir. 1994), and *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993) ("[A] corporation may appear in the federal courts only through licensed counsel."), on or before **June 2, 2026**, Samara Surfaces, LLC, shall obtain the services of new counsel and have that attorney file an appearance on its behalf.  If substitute counsel does not

enter an appearance on behalf of Samara Surfaces, LLC, by that date, the Court may file an entry and/or judgment of default against it without further notice.

Dated this 28th day of April, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge